UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ALRELIO L. EVANS,

        Plaintiff,

                                   File no: 2:17-CV-46

v.

                                   HON. ROBERT J. JONKER

THOMAS PRISK, et al.,

        Defendants.

_____/

## ORDER APPROVING MAGISTRATE'S
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on January 18, 2018 (ECF No. 92). The Report and Recommendation was duly served on the parties. No objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 92) is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's motions for injunctive relief (ECF Nos. 46 and 56) are **DENIED**.

Date:   <u>February 27, 2018</u>        /s/ Robert J. Jonker
                                       ROBERT J. JONKER
                                       CHIEF UNITED STATES DISTRICT JUDGE